UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
08-CV-5072 (JMR/JJK)

| | |
|---|---|
| Jermaine Ford ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Dwight Fondren, Warden ) | |

This matter is before the Court for consideration of the Report and Recommendation, issued February 20, 2009 [Docket No. 10], by the Honorable Jeffrey J. Keyes, United States Magistrate Judge. Plaintiff pro se timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's petition for a writ of habeas corpus is denied. [Docket No. 1.]

2. This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 6, 2009

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States District Judge